# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY BRANSCOMB,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ESTES,<br><br>        Defendant. | Case No. 1:13 -cv-1257-AWI-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

    Plaintiff Kerry Branscomb, a state prisoner proceeding pro se, filed a complaint in this action on August 12, 2013. (ECF No. 1.) On August 26, 2013, the undersigned screened the complaint and issued an order issued finding Plaintiff had failed to state any cognizable claims and directing Plaintiff to file an amended complaint within thirty days. (ECF No. 4.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

    In the August 26, 2013 order, Plaintiff was advised that failure to file an amended complaint would result in this action being dismissed for failure to state a claim. Accordingly,

    IT IS HEREBY RECOMMENDED that this action be dismissed, with prejudice, for Plaintiff's failure to state a claim.

    These findings and recommendations are submitted to the district judge assigned to this

1

action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304. Within fourteen (14) days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the district judge's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **October 3, 2013**

_____
UNITED STATES MAGISTRATE JUDGE