# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY BRANSCOMB,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER ESTES,<br><br>        Defendant. | Case No. 1:13-cv-01257-AWI-SAB<br><br>ORDER STRIKING SUPPLEMENT TO COMPLAINT<br><br>(ECF No. 13) |

      On November 18, 2013, Plaintiff's first amended complaint was screened and dismissed with leave to amend for failure to state a claim. On this same date, Plaintiff filed an unsigned supplement to his complaint. Pursuant to Local Rule 220, every pleading must be complete in itself without reference to a prior or superseded pleading. Plaintiff may not amend his complaint with a supplemental pleading. Additionally, unsigned documents cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b).

      Accordingly, Plaintiff's supplement to the complaint is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **November 26, 2013**

                                                UNITED STATES MAGISTRATE JUDGE

1